ALEXANDER HELSTOWSKI, RESPONDENT, v. ISRAEL GREENBERG, APPELLANT.

Argued March 20, 1925—Decided October 21, 1925.

On appeal from the Supreme Court, whose *per curiam* is printed in 2 *N. J. Mis. R.* 1094.

For the appellant, *Braelow & Tepper.*

For the respondent, *Edward B. Twardus.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, TREN-CHARD, MINTURN, BLACK, CAMPBELL, GARDNER, VAN BUS-KIRK, MCGLENNON, JJ.   9.

*For reversal*—PARKER, LLOYD, WHITE, KAYS, JJ.   4.